No. 68235.—Max Mayer & Co., Inc. v. United States, protests 322030–K, 58/15648, and 59/2367 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon gloves and mittens similar in use to silk gloves and

mittens and that the issues are the same in all materials respects as those the subject of *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.